IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| MATTHEW CLARK KRAMER | * | |
| Plaintiff | * | |
| v. | * | Civil Action No.: LKG-22-1085 |
| GROUND ZERO CRYPTO, LLC, *et al.* | * | |
| Defendants | * | |

\* \* \* \* \* \* \* \* \* \* \* \*

## STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Rule 41(a)(1)(ii) of the Federal Rules of Civil Procedure, plaintiff Matthew Clark Kramer and defendants Ground Zero Crypto, LLC and Christopher Neil Davenport, by their respective counsel, hereby dismiss this case with prejudice.

Respectfully submitted,

| | |
|---|---|
| /s/ *Margaret M. McKee* | /s/ *James H. West* |
| Margaret M. McKee (Federal Bar # 03588) | James H. West (Federal Bar # 25773) |
| Pessin Katz Law, P.A. | West, Edwards & Associates, LLC |
| 901 Dulaney Valley Road, Suite 500 | 409 Washington Avenue, Suite 1010 |
| Towson, Maryland 21204 | Towson, Maryland 21204 |
| Tel.: 410-769-6153 | Tel: 410-842-0574 |
| Fax: 667-275-3059 | Fax: 410-296-6654 |
| mmckee@pklaw.com | jay.west@wealaw.com |
| *Attorneys for Plaintiff* | *Attorneys for Defendants* |

Approved this 1st day of April, 2024.

/s/ Lydia Kay Griggsby
LYDIA KAY GRIGGSBY
United States District Court